UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>MICHAEL ALLEN,<br>        Plaintiff. | No. C-13-2956 EMC (pr)<br><br>**ORDER OF DISMISSAL** |

This action was opened on June 26, 2013, when the Court received from Michael Allen a letter concerning an outstanding warrant against him. On that date, the Court notified Mr. Allen in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within twenty-eight days. Mr. Allen did not file a complaint or otherwise respond to the notices. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

IT IS SO ORDERED.

Dated: December 16, 2013

_____
EDWARD M. CHEN
United States District Judge